UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MOORE, WILLIAM J

Case No.: 17-32223  
Chapter: 7  
Judge: MBK

### NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable <u>Michael B. Kaplan</u> on <u>January 22, 2018</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| Real Estate at: 39 UNWIN DRIVE, HAMILTON, NJ<br>The debtor(s) purchased the property in 2006 for $270,000. The property is valued at $193,043 based upon a Comparative Market Analysis. |

| Liens on property: |
|---|
| BANK OF AMERICA - $237,478 |

| Amount of equity claimed as exempt: |
|---|
| NONE |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
William J Moore  
    Debtor

Case No. 17-32223-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Dec 11, 2017  
                     Form ID: pdf905     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.

```
db             +William J Moore,    129 Sundance Drive,    Hamilton, NJ 08619-3970
cr             +Fifth Third Bank,    14841 Dallas Parkway,    Ste 300,    Dallas, TX 75254-7883
intp            State of New Jersey,    Department of Human Services,    Division of Family Development,
                 PO Box 716,    Trenton, NJ 08625-0716
517156065      +Advanced Call Center Technologies,    Re: Syncb/Toys R Us,    PO Box 9091,    Gray, TN 37615-9091
517156066     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
517156067      +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
517156068      +Chase Bank USA,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
517156069      +Citibank (Best Buy),    PO Box 6241,    Sioux Falls, SD 57117-6241
517156070      +Citibank (Home Depot),    PO Box 6500,    Sioux Falls, SD 57117-6500
517156071      +Credit First (Firestone),    6275 Eastland Rd,    Brook Park, OH 44142-1399
517156072      +Fifth Third Bank,    20 NW 1st Street,    Evansville, IN 47708-1201
517156074      +Mercer County Child Support Enforcement,    PO Box 8068,    Re: Erica Gromes,
                 Trenton, NJ 08650-0068
517156075      +Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
517156076      +Prosper Marketplace,    221 Main Street,    #300,    San Francisco, CA 94105-1909
517221174      +Salvatore DePinto, Esq.,    1898 Rt. 33,    Hamilton, NJ 08690-1712
517214319       State of New Jersey,    DEPARTMENT OF HUMAN SERVICES,    DIVISION OF FAMILY DEVELOPMENT,
                 PO BOX 716,    TRENTON, N.J. 08625-0716
517156078      +Verizon NJ,    500 Technology Drive,    Weldon Spring, MO 63304-2225
517157563       Winding Brook Apts.,    1 Bradford Avenue,    Hamilton, NJ 08610
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2017 23:07:02     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2017 23:07:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517156073      +E-mail/Text: bk@lendingclub.com Dec 11 2017 23:07:24     Lending Club,    71 Stevenson St,
                 Ste 300,    San Francisco, CA 94105-2985
517156077      +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2017 23:10:55     SYNCB/Toys R Us,    PO Box 530938,
                 Atlanta, GA 30353-0938
517158339      +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2017 23:11:15     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John Zimnis    on behalf of Debtor William J Moore njbankruptcylaw@aol.com.  
       Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
       Thomas Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com  
       Thomas Orr    on behalf of Trustee Thomas Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-3          User: admin                Page 2 of 2                Date Rcvd: Dec 11, 2017
                              Form ID: pdf905            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
                                                                                                TOTAL: 6
```