UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:   William J Moore                                    Case No.   17-32223   -MBK

Debtor(s)                                      Chapter 7

**NOTICE OF HEARING ON REAFFIRMATION AGREEMENT**

You are hereby notified of a hearing before the Honorable Michael B. Kaplan, United States Bankruptcy Judge.

SUBJECT OF HEARING:  Issues Regarding Proposed Reaffirmation Agreement between Debtor and Creditor   Fifth Third Bank

| ☐ Excessive Interest Rate | ☐ Debtor Part C Incomplete | ☐ Insufficient Income |
| ☐ Relates to a Mortgage | ☐ Creditor Payment Information Incomplete | ☐ Relying on 3rd Party Income |
| ☐ Other: PRO SE | ☑ Presumption of Undue Hardship | |

LOCATION OF HEARING:  Clarkson S. Fisher United States Courthouse
Courtroom #8
402 East State Street
Trenton, NJ  08608

DATE AND TIME:   January 11, 2018   at   10:00 a.m.

PRIOR to the Hearing Date, Pro Se Debtors may call Chambers at to 609 858 9397 to Request a Hearing by Telephone.

Parties Wishing to Appear in Person Must Advise Chambers Prior to the Hearing Date, Otherwise the Matter Will Be Heard on the Papers

Please note that the Director of the Administrative Office of the United States Courts has published a recommended form of Reaffirmation Agreement, Form B240A (4/10) and Reaffirmation Agreement Cover Sheet, Form B27 (12/09).   These forms are available on this Court's website at www.njb.uscourts.gov. Click on Forms, then AO Procedural Forms.  If you have not already done so, please file a substitute Reaffirmation Agreement using Form B240A (4/10)  and Reaffirmation Agreement Cover Sheet using Form B27 (12/09).

JEANNE A. NAUGHTON, Clerk

I hereby certify that I mailed a copy of the above notice to:

Debtor(s); Attorney for the Debtor(s)(if any); Creditor; Attorney for the Creditor (if any); United States Trustee.