UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:   William J Moore                               Case No.   17-32223   -MBK

       Debtor(s)                                       Chapter 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Michael B. Kaplan, United States Bankruptcy Judge.

SUBJECT OF HEARING:   Issues Regarding Proposed Reaffirmation Agreement between Debtor and
Creditor ____Fifth Third Bank_____

| | | |
|---|---|---|
| ☐ Excessive Interest Rate | ☐ Debtor Part C Incomplete | ☐ Insufficient Income |
| ☐ Relates to a Mortgage | ☐ Creditor Payment Information Incomplete | ☐ Relying on 3rd Party Income |
| ☐ Other:  PRO SE | ☑ Presumption of Undue Hardship | |

LOCATION OF HEARING:   Clarkson S. Fisher United States Courthouse
Courtroom #8
402 East State Street
Trenton, NJ  08608

DATE AND TIME:   January 11, 2018   at   10:00 a.m.

PRIOR to the Hearing Date, Pro Se Debtors may call Chambers at to 609 858 9397 to Request a Hearing by Telephone.

Parties Wishing to Appear in Person Must Advise Chambers Prior to the Hearing Date,
Otherwise the Matter Will Be Heard on the Papers

Please note that the Director of the Administrative Office of the United States Courts has published a recommended form of Reaffirmation Agreement, Form B240A (4/10) and Reaffirmation Agreement Cover Sheet, Form B27 (12/09).   These forms are available on this Court's website at www.njb.uscourts.gov. Click on Forms, then AO Procedural  Forms.  If you have not already done so, please file a substitute Reaffirmation Agreement using Form B240A (4/10)  and Reaffirmation Agreement Cover Sheet using Form B27 (12/09).

JEANNE A. NAUGHTON, Clerk

I hereby certify that I mailed a copy of the above notice to:

Debtor(s); Attorney for the Debtor(s)(if any); Creditor; Attorney for the Creditor (if any);
United States Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-32223-MBK
William J Moore                                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Dec 14, 2017
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
db          +William J Moore,    129 Sundance Drive,    Hamilton, NJ 08619-3970
cr          +Fifth Third Bank,   14841 Dallas Parkway,    Ste 300,   Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John   Zimnis    on behalf of Debtor William J Moore njbankruptcylaw@aol.com.
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6