UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: 17-32223-MBK

William J Moore  : Chapter: 7

  : Judge: Kaplan

Debtor(s)  :

# CERTIFICATION OF NO OBJECTION

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Debtor filed a lawsuit against a significant other for $28,000

JEANNE A. NAUGHTON, Clerk

Date: 01/23/2018        By: Alyson M. Guida

*rev.2/10/17*