**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William J Moore | Social Security number or ITIN   xxx–xx–0195 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–32223–MBK | |

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William J Moore

<u>2/9/18</u>

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-32223-MBK
William J Moore                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 09, 2018
                              Form ID: 318             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db          +William J Moore,   129 Sundance Drive,   Hamilton, NJ 08619-3970
cr          +Fifth Third Bank,   14841 Dallas Parkway,   Ste 300,   Dallas, TX 75254-7883
intp         State of New Jersey,   Department of Human Services,   Division of Family Development,
              PO Box 716,   Trenton, NJ 08625-0716
517156065   +Advanced Call Center Technologies,   Re: Syncb/Toys R Us,   PO Box 9091,   Gray, TN 37615-9091
517156067   +Best Buy Credit Services,   PO Box 790441,   Saint Louis, MO 63179-0441
517156069   +Citibank (Best Buy),   PO Box 6241,   Sioux Falls, SD 57117-6241
517156072   +Fifth Third Bank,   20 NW 1st Street,   Evansville, IN 47708-1201
517156074   +Mercer County Child Support Enforcement,   PO Box 8068,   Re: Erica Gromes,
              Trenton, NJ 08650-0068
517156075   +Paypal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
517156076   +Prosper Marketplace,   221 Main Street,   #300,   San Francisco, CA 94105-1909
517221174   +Salvatore DePinto, Esq.,   1898 Rt. 33,   Hamilton, NJ 08690-1712
517214319    State of New Jersey,   DEPARTMENT OF HUMAN SERVICES,   DIVISION OF FAMILY DEVELOPMENT,
              PO BOX 716,   TRENTON, N.J. 08625-0716
517157563    Winding Brook Apts.,   1 Bradford Avenue,   Hamilton, NJ 08610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QTJORR.COM Feb 09 2018 22:48:00      Thomas Orr,   Law Office of Thomas J. Orr,
              321 High Street,   Burlington, NJ 08016-4411
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2018 23:05:39      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2018 23:05:36      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517156066    EDI: BANKAMER.COM Feb 09 2018 22:48:00      Bank of America,   4161 Piedmont Pkwy,
              Greensboro, NC 27410
517156068   +EDI: CHASE.COM Feb 09 2018 22:48:00      Chase Bank USA,   800 Brooksedge Blvd,
              Westerville, OH 43081-2822
517156070   +EDI: CITICORP.COM Feb 09 2018 22:48:00      Citibank (Home Depot),   PO Box 6500,
              Sioux Falls, SD 57117-6500
517156071   +EDI: CRFRSTNA.COM Feb 09 2018 22:48:00      Credit First (Firestone),   6275 Eastland Rd,
              Brook Park, OH 44142-1399
517156073   +E-mail/Text: bk@lendingclub.com Feb 09 2018 23:06:12      Lending Club,   71 Stevenson St,
              Ste 300,   San Francisco, CA 94105-2985
517156077   +EDI: RMSC.COM Feb 09 2018 22:48:00      SYNCB/Toys R Us,   PO Box 530938,
              Atlanta, GA 30353-0938
517158339   +EDI: RMSC.COM Feb 09 2018 22:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
517156078   +EDI: VERIZONEAST.COM Feb 09 2018 22:49:00      Verizon NJ,   500 Technology Drive,
              Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Thomas Orr,   Law Office of Thomas J. Orr,   321 High Street,   Burlington, NJ 08016-4411
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Feb 09, 2018
                               Form ID: 318             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         John   Zimnis    on behalf of Debtor William J Moore njbankruptcylaw@aol.com.
         Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
         Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
         Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                           TOTAL: 6